UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62009-RS

RAMIREZ RAMIREZ, Jose Pedro

    Plaintiff,

v.

PAMELA BONDI, *et al.*,

    Respondents.

_____/

## **ORDER**

On this day, the Court considered Jose Pedro Ramirez Ramirez's Petition for a Writ of Habeas Corpus ("Petitioner"), [DE 1]. The Petition is **GRANTED.**

The Court **ORDERS** that, on or before December 24, 2025, Respondents shall provide Mr. Ramirez Ramirez with a bond hearing before a neutral immigration judge. Also, while this Court can not authorize the immediate release of Mr. Ramirez Ramirez from custody, the Court on the Record before it, finds that the Respondents have no evidence to establish that Petitioner is either a flight risk or a danger to the community.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of December, 2025.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record